IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:18-cv-00105-BO

| | |
|---|---|
| TAMER HASSAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LENOVO (UNITED STATES), INC.<br><br>Defendant. | **ORDER** |

This matter has come on for consideration upon the motion of Lenovo (United States), Inc., with the consent of Plaintiff Tamer Hassan, for an order staying discovery and all deadlines set forth in the Court's May 17, 2018, Order for Discovery Plan. The Court, having considered said motion, is of the opinion that it is well-taken and should be granted.

IT IS THEREFORE ORDERED that discovery in this matter is hereby STAYED and all deadlines set forth in the Court's Order for Discovery Plan are stayed until the Court rules on defendant Lenovo (United States), Inc.'s pending motion to dismiss and strike pursuant to Rules 12(b)(1), 12(b)(6), and 12(f) of the Federal Rules of Civil Procedure, (ECF No. 16).

SO ORDERED, this the __4__ day of June, 2018.

Terrence Boyle
United States District Court Judge
Terrence W. Boyle

1