UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TAMER HASSAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| LENOVO (UNITED STATES), INC., | ) | 5:18-CV-105-BO |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**
This matter is before the Court on defendant's motion to dismiss. [DE 16].

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant Lenovo (United States) Inc.'s motion to dismiss [DE 16] is GRANTED. Plaintiff Tamer Hassan's complaint is DISMISSED.

This case is closed.

**This judgment filed and entered on January 7, 2019, and served on:**
Brian Kinsley (via CM/ECF Notice of Electronic Filing)
Daniel Schreck (via CM/ECF Notice of Electronic Filing)
Gabriel Koppell (via CM/ECF Notice of Electronic Filing)
Timothy Sheriff (via CM/ECF Notice of Electronic Filing)
Hayden Silver, III (via CM/ECF Notice of Electronic Filing)
Jonathon Townsend (via CM/ECF Notice of Electronic Filing)
Raymond Bennett (via CM/ECF Notice of Electronic Filing)

PETER A, MOORE, JR., CLERK

January 7, 2019

　/s/Lindsay Stouch
By: Deputy Clerk